UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELE GOFFINET**,**

    Plaintiff,

vs.

3M COMPANY, *et al.*,

    Defendants.

Case No. 3:24-cv-103

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

## ORDER OF REFERENCE TO MAGISTRATE JUDGE CAROLINE H. GENTRY

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and (C) and § 636(b)(3), the above-captioned matter—including the parties' Rule 26(f) report (Doc. No. 32)—is hereby referred to United States Magistrate Judge Caroline H. Gentry.  This referral shall remain in effect from the date of this Order until the discovery deadline.  At that time, the District Judge will resume management of the case through resolution or trial.  The Magistrate Judge to whom the case is referred is hereby authorized to perform any and all functions authorized for full-time United States Magistrate Judges by statute except that, unless specifically ordered, the following motions are not referred, regardless of when they may be filed: (1) motions for temporary restraining order or preliminary injunction; (2) dispositive motions, including Rule 12 motions and Rule 56 motions for summary judgment; (3) motions for class certification; and (4) motions *in limine* relating to the admission of evidence at trial.

    **IT IS SO ORDERED.**

May 14, 2024

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge