UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELE GOFFINET,

    Plaintiff,

vs.

3M COMPANY, *et al.*,

    Defendants.

Case No. 3:24-cv-103

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER REQUIRING PLAINTIFF TO FILE HER REPLY, IF ANY, IN SUPPORT OF HER MOTION TO AMEND HER COMPLAINT BY OCTOBER 26, 2024**

---

This products liability case is presently pending upon Plaintiff's motion to amend her complaint (Doc. No. 38) and Defendants' memorandum in opposition (Doc. No. 39) to which Plaintiff did not reply.

Upon review of the above, the Court finds it necessary to provide Plaintiff with an additional opportunity to file a reply in response to Defendants' memorandum in opposition. Doc. No. 39. The Court therefore **ORDERS** Plaintiff to file her reply, if any, by October 26, 2024.

    **IT IS SO ORDERED.**

   October 16, 2024                              s/*Michael J. Newman*
                                                             Hon. Michael J. Newman
                                                             United States District Judge