IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE GOFFINET,

Plaintiff,

Case No. 3:24-cv-103

v.

3M COMPANY, *et al.*,

Defendants.

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO STAY ALL PENDING DEADLINES; (2) STAYING ALL PENDING DEADLINES; AND (3) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY OCTOBER 19, 2026**

---

This civil case is currently before the Court upon the parties' joint motion, filed through counsel, to stay all pending deadlines. Doc. No. 71. In the motion, the parties indicate that they have reached a settlement in this matter. *Id.* In light of the settlement, the parties request that the Court: (1) stay all pending deadlines; and (2) grant them leave to file a status joint report on or before October 19, 2026, to provide an update on the status of settlement consummation.

For good cause shown, the Court **GRANTS** the parties' joint motion. Accordingly, all pending deadlines in this case are hereby **STAYED** until further Order of the Court. It is further **ORDERED** that the parties shall file a joint status report by **October 19, 2026,** informing the Court of the status of settlement consummation.

**IT IS SO ORDERED.**

October 14, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge